**ORIGINAL**

# In the United States Court of Federal Claims

**FILED**
JUL - 5 2017
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
JAMES K. ARINGTON,
    Plaintiff,
v.
UNITED STATES,
    Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 17-902
Filed: July 5, 2017

## O R D E R

The court is in receipt of pro se plaintiff's submission to the United States Court of Federal Claims on July 3,, 2017. Attached to the submission is plaintiff's application to proceed in forma pauperis, which does not contain sufficient information for the court to evaluate plaintiff's application or to grant or deny plaintiff's application. On plaintiff's application, plaintiff does not respond to questions regarding the receipt of any money within the past 12 months. Additionally, plaintiff indicates that he receives an undisclosed amount of money from his father "to live on." Given that pro se plaintiff in the above-captioned case has failed to pay the $400.00 filing fee or to submit a completed application to proceed in forma pauperis, the above-captioned case is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**